IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ROBERT B. CIARPAGLINI,

        Plaintiff,

                                  ORDER

   v.                            07-C-561-S

RALPH FROELICH, PAUL SUMNICHT,
BELINDA SCHRUBBE, MARY GORSKE
and KEVIN KALLAS,

        Defendants.
_____

     The undersigned recuses himself in the above entitled matter.

     Entered this 29th day of October, 2007.

                                      /s/

                           _____
                           JOHN C. SHABAZ
                           District Judge